## CLERK'S COURTROOM MINUTE SHEET – CRIMINAL

### SENTENCING

**UNITED STATES OF AMERICA,**

      Plaintiff,

v.              Case No:   17-40048-01-DDC

**RICHARD B. WHITMORE (01),**

      Defendant.

      Atty for Govt: Duston J. Slinkard for Jared S. Maag
      Atty for Deft: Kirk C. Redmond

| JUDGE: | Daniel D. Crabtree | DATE: | 2/20/2018 |
|---|---|---|---|
| CLERK: | Megan Garrett | TAPE/REPORTER: | Sherry Harris |
| INTERPRETER: | | PRETRIAL/PROBATION: | Stacey Beilman |

☒ For Details of Sentence See Judgment and Commitment Order

☐ Restitution Ordered under 18:3663     $ _____ on count(s)
                                                          $ _____ on count(s)

☐ **Total Restitution:**                 $ _____

☐ Defendant Fined                $ _____ on count(s)
                                                      $ _____ on count(s)

☐ **Total Fine:**                       $ _____

☒ Defendant Assessed under 18:3013     $ 100.00 on count 1 of Indictment
                                                      $ _____ on count(s)
                                                      $ _____ on count(s)

☒ **Total Assessment:**           $ 100.00

☐ Count(s) of Indictment dismissed by the Court on the motion of the United States.
☒ Government ☒ Defendant     - Advised of right to appeal
☐ Defendant to voluntarily surrender
☒ Defendant remanded to custody
☐ Stay of Execution    ☐ Granted      ☐ Denied
☒ Notes:  The court accepts and approves the parties' plea agreement.  The defendant is sentenced to the custody of the Bureau of Prisons for a term of 51 months to be served concurrently to the sentence imposed in case no. 13-40141-01-DDC to be followed by 3 years of supervised release.  The court recommends that the defendant be designated to the facility at Greenville, Illinois on the defendant's request.  The court further recommends that the defendant be able to participate in the dog training program there on the defendant's request.